01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              )
    **BLACKAMG, L.L.C.**                              )   Chapter **11**
                                                    )   Bankruptcy Case No.
                                                    )
    Debtor(s)                                      )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

    I(We), **Kevin Jackson**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

    [X] I, _Kevin Jackson_ the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Kevin Jackson**
Printed or Typed Name of Debtor or Representative

_/s/ Kevin Jackson_
Signature of Debtor or Representative

**September   8, 2014**
Date

Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

Date