APPEARANCE

## United States Bankruptcy Court

For the        Northern        District of            Illinois

In re BLACKAMG,                          )

    Debtor.                              )    Case No. 14-32758

                          )

                          )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Northbrook Loans, LLC

Michael J. Goldstein                          Goldstein & Associates, LTD
Print Name on this Line                       Firm Name

_Signature_                                   FIRM ID NUMBER: _____

ATTORNEY ID NUMBER    1000020                 17 N. State Street, Suite 990
                                              Street Address

| Chicago | IL | 60602 |
|---------|-----|-------|
| City | State | Zip |

Telephone    312 346 0945

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

    DATED: _____

TYPE OF DEFENSE COUNSEL:

    CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

    Party Code: P _____    D _____    TP _____