APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re BLACKAMG, LLC    )
                       )
                       ) Case No. 14-32758
                       )
                       )
                       )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

NORTHBROOK LOANS, LLC

| | |
|---|---|
| RAYMOND J. OSTLER | GOMBERG, SHARFMAN, GOLD & OSTLER |
| Print Name on this Line | Firm Name |
| *[signature]* | FIRM ID NUMBER: |
| Signature | 208 S. LaSalle, Suite 1410 |
| ATTORNEY ID NUMBER    2123746 | Street Address |
| | Chicago         IL        60604 |
| | City           State      Zip |
| | Telephone   312-332-6194 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA ____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____