```
Label Matrix for local noticing        Northbrook Loans, LLC
0752-1                                 c/o Kevin Jackson           500 Skokie Blvd.
Case 14-32758                          137 Nicole Drive            Suite 280
Northern District of Illinois          Westerville, OH 43081-1955  Northbrook, IL 60062-2849
Chicago
Mon Nov  3 02:36:02 CST 2014

U.S. Bankruptcy Court                  Ana McNamara                City of Chicago
Eastern Division                       McNamara Law Offices        Office of the City Clerk
219 S Dearborn                         910 W. Van Buren St., Suite 119    121 N. LaSalle Street, Rm. 107
7th Floor                              Chicago, IL 60607-3523      Chicago, IL 60602-1232
Chicago, IL 60604-1702

Coronet Construction, Inc.             Eric Janssen                Firefly, Inc.
c/o Peter J. Aleszczyk                 Receiver                    c/o Sarah Victor
6238 West Addison St.                  923 West Grace Street       3335 N. Halsted Street
Chicago, IL 60634-4101                 Chicago, IL 60613           Chicago, IL 60657-4500

HT Properties                          Halsted Investment Properties, LLC    Illinois Department of Revenue
c/o Chepov & Scott LLC                 c/o Glenn Udell             PO Box 64338
5440 N. Cumberland, Suite 150          1332 N. Halsted, Suite 100  Chicago, IL 60664-0338
Chicago, IL 60656-4707                 Chicago, IL 60642-2637

Internal Revenue Service               Michael Goldstein           Mini Bar, Inc.
PO Box 7346                            17 North LaSalle St.        c/o George Vranas
Philadelphia, PA 19101-7346            Suite 990                   3341 N. Halsted Street
                                       Chicago, IL 60602           Chicago, IL 60657-2476

Northbrook Loans, LLC                  Out Chicago, LLC            Robert Griffin
c/o Raymond Ostler                     c/o George Spathis - Horwood Marcus    849 West Fletcher
208 S. LaSalle, Suite 1410             500 W. Madsion, Suite 3700  Apt. GR
Chicago, IL 60604-1253                 Chicago, IL 60661-4591      Chicago, IL 60657-6702

Sysnet, Inc.                           Brian M. Graham             Patrick S Layng
c/o Leon Wexler                        7634 Lakeside Drive         Office of the U.S. Trustee, Region 11
77 W. Washington St., Suite 1618       Frankfort, IL 60423-8662    219 S Dearborn St
Chicago, IL 60602-3217                                             Room 873
                                                                   Chicago, IL 60604-2027
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Kevin Jackson                       End of Label Matrix
                                       Mailable recipients    20
                                       Bypassed recipients     1
                                       Total                  21
```