B6A (Official Form 6A) (12/07)

In re **BLACKAMG, L.L.C.** , Case No. **14-32758**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3339-41 N. Halsted Street<br>Chicago, IL | | - | 3,000,000.00 | Unknown |
| | | Sub-Total > | 3,000,000.00 | (Total of this page) |
| | | Total > | 3,000,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **BLACKAMG, L.L.C.**                    ,          Case No. __14-32758__
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Northbrook Loans, LLC<br>c/o Raymond Ostler<br>208 S. LaSalle, Suite 1410<br>Chicago, IL 60604** | - | | **3339-41 N. Halsted Street<br>Chicago, IL**<br><br>Value $   3,000,000.00 | | X | X | 2,300,000.00 | 0.00 |
| Account No.<br><br>**Northbrook Loans, LLC<br>c/o Raymond Ostler<br>208 S. LaSalle, Suite 1410<br>Chicago, IL 60604** | - | | **E 55 related debt**<br><br>Value $   0.00 | | X | X | 300,000.00 | 300,000.00 |
| Account No.<br><br> | | | <br>Value $ | | | | | |
| Account No.<br><br> | | | <br>Value $ | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)   2,600,000.00   300,000.00

Total (Report on Summary of Schedules)   2,600,000.00   300,000.00

B6F (Official Form 6F) (12/07)

In re  **BLACKAMG, L.L.C.** ,                                                                        Case No.  __**14-32758**__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ana McNamara**<br>**McNamara Law Offices**<br>**910 W. Van Buren St., Suite 119**<br>**Chicago, IL 60607** | | - | | | | | **Unknown** |
| Account No.<br><br>**City of Chicago**<br>**Office of the City Clerk**<br>**121 N. LaSalle Street, Rm. 107**<br>**Chicago, IL 60601** | | - | | | | | **Unknown** |
| Account No.<br><br>**Coronet Construction, Inc.**<br>**c/o Peter J. Aleszczyk**<br>**6238 West Addison St.**<br>**Chicago, IL 60634** | | - | | | | | **Unknown** |
| Account No.<br><br>**Eric Janssen**<br>**Receiver**<br>**923 West Grace Street**<br>**Chicago, IL 60613** | | - | | | | | **Unknown** |

__2__ continuation sheets attached

Subtotal (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **BLACKAMG, L.L.C.** , Case No. **14-32758**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Firefly, Inc.**<br>**c/o Sarah Victor**<br>**3335 N. Halsted Street**<br>**Chicago, IL 60657** | - | | | | | | **Unknown** |
| Account No.<br>**Halsted Investment Properties, LLC**<br>**c/o Glenn Udell**<br>**1332 N. Halsted, Suite 100**<br>**Chicago, IL 60642** | - | | | | | | **Unknown** |
| Account No.<br>**HT Properties**<br>**c/o Chepov & Scott LLC**<br>**5440 N. Cumberland, Suite 150**<br>**Chicago, IL 60656** | - | | | X | | | 120,000.00 |
| Account No.<br>**Mini Bar, Inc.**<br>**c/o George Vranas**<br>**3341 N. Halsted Street**<br>**Chicago, IL 60657** | - | | | X | X | | 192,000.00 |
| Account No.<br>**Out Chicago, LLC**<br>**c/o George Spathis - Horwood Marcus**<br>**500 W. Madsion, Suite 3700**<br>**Chicago, IL 60661** | - | | | | | | 25,000.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **337,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **BLACKAMG, L.L.C.**, Case No. **14-32758**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Robert Griffin**<br>**849 West Fletcher**<br>**Apt. GR**<br>**Chicago, IL 60657** | - | | | | | | **70,000.00** |
| Account No.<br>**Sysnet, Inc.**<br>**c/o Leon Wexler**<br>**77 W. Washington St., Suite 1618**<br>**Chicago, IL 60602** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **70,000.00**

Total (Report on Summary of Schedules) **407,000.00**