UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Janet S. Baer

Hearing Date: November 3, 2014

Bankruptcy Case: 14 B 32758

Adversary No.:

Title of Case: BLACKAMG, L.L.C.

Brief Statement of Motion:

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED, the Application to Employ ( #15 on dkt ) and the Motion to Use Cash Collateral ( #16 on dkt ) noticed for 11/10/14 are re-set to 11/12/14 at 10:00 a.m. before Judge Baer in courtroom 615.

/s/ Janet S. Baer

JUDGE JANET S. BAER
UNITED STATE BANKRUPTCY COURT