## **PERMISSION NOTICE**

This will confirm that OUT Chicago, LLC ("OUT"), Halsted Investment Partners, LLC ("Halsted") and JAB Real Estate, Inc. ("JAB") are parties to a written Option Agreement (the "Agreement"). The terms are subject to confidentiality limitations, but the parties have agreed that the following may be disclosed:

1. Pursuant to the Agreement, Halsted and JAB have granted to OUT an exclusive irrevocable option (the "Option") to purchase their respective rights and interests in two parcels of improved real property commonly known as 3335-37 North Halsted St., Chicago, IL 60657 and 3339-41 North Halsted St., Chicago, IL 60657 (collectively the "Properties"), including but not limited to: (1) a Purchase and Sale Contract by and between Wells and Northbrook Loans, LLC ("Northbrook") dated April 23, 2012, as amended by letters dated May 14 and May 17, 2012, which contract and letters were recorded with the County Recorder of Deeds; (2) a lawsuit and claims asserted by Halsted versus Northbrook, currently pending in the Chancery Division of the Circuit Court of Cook County as Case No. 2013 CH 21556 (the "Litigation"); and (3) a Purchase and Sale Agreement by and between JAB and BlackAMG, LLC dated April 29, 2013.

2. OUT's cost to exercise the Option is $500,000.

3. During the Option Period, OUT shall have the right to negotiate with Northbrook for the purchase of the Properties, which negotiations shall not give rise to any claim for interference with any contracts or expectancies that Wells, Halsted and/or JAB may have or could assert. If the Option Period expires, the undersigned shall provide written notice thereof.

4. Upon exercise of the Option, OUT shall have the authority to prosecute, dismiss or compromise the claims asserted therein, and upon request, the undersigned shall execute a SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS in the form attached hereto as (or substantially similar to) Exhibit A.

**HALSTED INVESTMENT PARTNERS, LLC**

By: _[signature]_
Name: Arthur Holmer
Its: Authorized Signor

**JAB REAL ESTATE, INC.**

By: _[signature]_
Name: Frank Campise
Its: Vice-President