IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BLACKAMB, LLC     CASE NO. 14-32758

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending JANUARY, 2015

BEGINNING BALANCE IN ALL ACCOUNTS     $ -0-

RECEIPTS:
    1. Receipts from operations     $ -0-
    2. Other Receipts     $

DISBURSEMENTS:
    3. Net payroll:
        a. Officers     $
        b. Others     $

    4. Taxes
        a. Federal Income Taxes     $
        b. FICA withholdings     $
        c. Employee's withholdings     $
        d. Employer's FICA     $
        e. Federal Unemployment Taxes     $
        f. State Income Tax     $
        g. State Employee withholdings     $
        h. All other state taxes     $

    5. Necessary expenses:
        a. Rent or mortgage payments(s)     $
        b. Utilities     $
        c. Insurance     $
        d. Merchandise bought for manufacture or sale     $
        e. Other necessary expenses (specify)
        _____     $
        _____     $

TOTAL DISBURSEMENTS     $ -0-

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD     $ -0-

ENDING BALANCE IN _____     $
        (Name of Bank)
ENDING BALANCE IN _____     $
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS     $ -0-

OPERATING REPORT   Page 1

EXHIBIT "B"

NOTE — STATE COURT RECEIVER IN POSSESSION OF AND OPERATING PROPERTY OWNED BY DEBTOR PURSUANT TO COURT ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I, _Kevin H. Jackson_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_[signature]_
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

_Kevin H. Jackson_

_Trustee_

DATED: _3/10/2015_

OPERATING REPORT Page 8