APPEARANCE

# United States Bankruptcy Court

For the _____Northern_____ District of _____Illinois_____

In re                               )
                                    )   Case No.
                                    )
                                    )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

_____

_____

_____

| Print Name on this Line | Firm Name |
|---|---|
| | FIRM ID NUMBER: _____ |
| Signature | |
| ATTORNEY ID NUMBER _____ | Street Address |
| | City       State       Zip |
| | Telephone |

Trial Attorneys*

_____
       Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____