IN THE UNITED STATES BANRKUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| BLACKAMG, L.L.C. | ) ) | Case No. 14-32758 |
| Debtor. | ) ) ) | Hon. Judge Janet S. Baer |

**BRUMBAUGH'S NOTICE OF JOINDER AND MEMORANDUM IN
SUPPORT OF DEBTOR'S MOTION TO DISMISS**

Rob Brumbaugh ("Brumbaugh"), by and through its undersigned counsel,

Messer, Stilp & Strickler, Ltd., submits this notice of joinder and memorandum in

support of the motion to dismiss (Dkt. 48, hereinafter the "Motion") filed by Debtor,

BLACKAMG, L.L.C. ("Debtor"). In support of the Motion, Brumbaugh states as

follows:

1.      By virtue of a trust deed in his favor which secures a loan of

approximately $250,000.00 made to Debtor, Brumbaugh is a creditor with an

interest in the real property commonly referred to as 3339-41 N. Halsted Street, in

Chicago, Illinois, which is owned by Debtor, but in the process of foreclosure.

2.      For the reasons set forth in the Motion, which Brumbaugh adopts and

incorporates herein by reference, Brumbaugh believes that dismissal, not

conversion, of this Chapter 11 case is in the best interest of the creditors.

WHEREFORE, Brumbaugh respectfully requests that the Court enter an order granting Debtor's Motion, dismissing this Chapter 11 case and granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

By: /s/ Nicole M. Strickler
Messer Stilp & Strickler, Ltd.
166 W. Washington St., Suite 300
Chicago, IL 60602
312-334-3442 (direct)
312-334-3434 (fax)
312-334-3476 (main)
strickler@messerstilp.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 4, 2015, I electronically filed the foregoing

pleading with the Clerk of the Court using the CM/ECF system which will

automatically send notification of such filing to those participants registered with

the ECF system including those listed below:

Denise A. Delaurent on behalf of U.S. Trustee Patrick S. Layng
Ustpregion11.es.ecf@usdoj.gov
Denise.delaurent@usdoj.gov; maria.r.kaplan@usdoj.gov

Michael J. Goldstein on behalf of Creditor Northbrook, Loans, LLC
Mjg@mjglaw.com

Brian M. Graham on behalf of Debtor BLACKAMG, L.L.C.
bmgrahampack@sbcglobal.net

Raymond J Ostler on behalf of Creditor Northbrook Loans, LLC
rostler@gsgolaw.com

George J. Spathis on behalf of Creditor Out Chicago
gspathis@hmblaw.com, lvalenti@hmblaw.com, lmalone@hmblaw.com

Andrew A Jacobson on behalf of Creditor Halsted Investment Partners, LLC
ajacobson@bupdlaw.com, nwood@bupdlaw.com

Glenn Kanter, Esq. on behalf of Creditor Halsted Investment Partners, LLC
gkanter@bupdlaw.com

/s/ Nicole M. Strickler