# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION
MORTGAGE FORECLOSURE/ MECHANICS LIEN SECTION

NORTHBROOK LOANS
v.
BLACKAMG, etc., et al

No. 11 CH 11120
Calendar 64

## ORDER APPROVING RECEIVER'S REPORT

IT IS HEREBY ORDERED:

(1) The __14th__ Receiver's Report is approved, including fees and expenses:
   (a) Receiver's Fees __675.00__
   (b) Management Fees __3,600.00__
   (c) Expenses __12,828.89__
   for the period of __4/16/14__ to __7/17/14__

(2) The _____ Receiver's Report shall cover the period from __July 18, 2014__ to __Oct 17, 2014__

(3) The Receiver's Report shall be filed on or before __Oct 27__, 2014 and is set for presentation on __Nov 5__, 2014 at __2:00__ a.m./p.m. in Courtroom 2810 of the Richard J. Daley Center.

☐ (Check if applicable) Because this is the last receiver's report, the receiver is discharged, the receiver's bond is dissolved, the plaintiff is responsible to pay any outstanding expenses incurred by the receiver, and the receiver shall transmit any remaining funds on hand to the plaintiff to be used to satisfy the deficiency resulting from the sale or the outstanding debt, as applicable.

Other: ① Receiver's request to enter into a 5 yr lease extension with Mini Bar (1st yr @ $40 per sq ft) is approved ② Receiver may release $60,000 from Receiver's operating account to ~~Lessor~~ Northbrook Loans

Atty No: 20137
: Michael Goldstein
ey for: NORTHBROOK
s: 17 N State #990
ate/Zip: Chicago 60602

ENTER
Judge [signature]
Date:

ENTERED
Judge Robert Senechalle - 1915
AUG - 8 2014
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK