# EXHIBIT B

# Market Analysis
## 3339-41 N. Halsted St.
## Chicago, Illinois 60657



Prepared by:

## Don Friedman, Broker

### Realty Chicago Group est 1988

312-699-1214

www.RealtyChicago.NET

CRER, Inc. 932 W. Grace St.

Chicago, Il 60613

3339-41 N. Halsted St. Chicago, Il 60657

LOCATION: Lakeview/Wrigleyville Chicago

SUBJECT PROPERTY: The subject property consists of 2 commercial spaces consisting of a nightclub and a restaurant. The commercial space has a partial basement used by tenant. There are also 3 parking spaces in the rear of the building.

Additionally there are 4 rehabbed 3 bedroom 2 bath units above the storefront. The condition of the property is good. The residential units were designed and built out as mini "rooming houses" to accommodate 3-4 renters. They are not typical 3 bedroom 2 bath residential rentals that one would find listed for rent in the MLS. They appeal to a limited tenant base. Each unit has a small living room and a small open kitchen along with in-unit washer dryer and individual HVAC systems. Tenancy for these units have historically been individual groups of 3-4 unrelated parties. There is also a high turnover on the second floor units due to noise from the night club.

LOT SIZE: Approximately 35 feet wide (Halsted frontage) by 110 deep. 3,850 square feet. The building spans the lot width of 35 feet and is 70 feet deep (approx. 2450 sf).

The property is zoned C1-2

VALUATION:

3339-41 N. Halsted is valued in this report based on the both the Income Approach and Sales Approach. The Income Approach is based on current rents (including new pending lease rate) and current expenses. The Sales Approach is used to determine the market capitalization rates for which investors are trading at in today's market.

# Income Approach (As-Is)

**Income /Expense Value Analysis of 3339-41 N. Halsted St. Chicago, Il 60657**

| Type | Count | Current Rent per Month | Current Annual |
|---|---|---|---|
| 3 bedroom 2 bath | 4 | $ 9,476 | $ 113,712 |
| Commercial Storefronts | 2 | $ 11,334 | $ 136,008 |
| **Total/ Avg** | 6 | $ 20,810 | $ 249,720 |

| Income | Current | Per Unit | % of GSI |
|---|---|---|---|
| Apartment | $ 249,720 | $ 41,620 | 99% |
| Parking | 1800 | 1800 | 1% |
| Gross Scheduled Income | $ 251,520 | $ 41,920 | 100% |
| Vacany/ Collection Loss | $ (12,576) | $ (2,096) | 5% |
| **Gross Collected Income** | $ 238,944 | $ 39,824 | 95% |

| Operating Expenses | Current (Actual) | Per Unit | % of GCI |
|---|---|---|---|
| Property Taxes | $ 29,641 | $ 4,940 | 12.4% |
| Insurance | $ 8,430 | $ 1,405 | 3.5% |
| Management Fee | $ 12,500 | $ 2,083 | 5.2% |
| Gas/Electric/Water-Sewer | $ 6,300 | $ 1,050 | 2.6% |
| Scavenger | $ 3,500 | $ 583 | 1.5% |
| Janitorial | $ 6,800 | $ 1,133 | 2.8% |
| Maintenance/Repairs/ Turnov | $ 14,000 | $ 2,333 | 5.9% |
| Legal/Accounting | $ 1,500 | $ 250 | 0.6% |
| Misc. & Reserves | $ 5,000 | $ 833 | 2.1% |
| **Total Op. Expenses** | $ 87,671 | $ 14,612 | 37% |
| **NOI** | $ 151,273 | $ 25,212 | 58% |

| | |
|---|---|
| **Current Market Cap Rate** | 6.00% |
| **Market Value** | $2,525,000 |

**Financing & Cash Flow**

| | | |
|---|---|---|
| Sale/Market Price | | $2,525,000 |
| First Mortgage | 75% | $1,893,750 |
| Down Payment | 25% | $ 631,250 |
| Interest Rate | 4.25% | |
| Amortization | 25 | |
| Monthy Debt Service | | $ 10,259 |
| NOI | | $ 151,273 |
| Annual Debt Service | | $ 123,108 |
| Debt Coverage | 1.23 | |
| Cash Flow | | $ 28,165 |
| **Cash on Cash Return** | | 4.46% |
| Principle Reduction | | $ 43,466 |
| Total Return | | $ 71,631 |
| **Total Return %** | | 11.35% |

**The following recent comparable SOLD properties are within 2 blocks of subject property and have closed within the past year.**

| 1 | **3301 N Clark St** | | **SOLD** |
|---|---|---|---|
| | Chicago, IL 60657 | | |
| | Sale on 8/27/2014 for $2,562,500 ($269.74/SF; $366,071/Unit) - Research Complete | | |
| | 7 Unit, 9,500 SF Class C Apartments Building Built in 1896 | | |



### Buyer & Seller Contact Info

| Recorded Buyer: | - | Recorded Seller: | **3301 N. Clark, LLC** |
|---|---|---|---|
| | | True Seller: | **3301 N. Clark, LLC** |
| | | | **Bradley Falk** |
| | | | 1330 W Monroe St |
| | | | Chicago, IL 60607 |
| | | | (312) 456-8403 |
| | | Seller Type: | **Developer/Owner-RGNL** |

### Transaction Details    ID: 3107718

| Sale Date: | 08/27/2014 (87 days on market) | Sale Type: | Investment |
|---|---|---|---|
| Escrow Length: | 45 days | Bldg Type: | **Apartments** |
| Sale Price: | $2,562,500-Confirmed | Year Built/Age: | **Built in 1896 Age: 118** |
| Asking Price: | $2,750,000 | RBA: | 9,500 SF |
| Price/SF: | $269.74 | Land Area: | 0.08 AC (3,494 SF) |
| Price/AC Land Gross: | $31,951,371.57 | | |
| Percent Leased: | - | | |
| GRM/GIM: | -/- | Percent Improved: | 85.2% |
| Actual Cap Rate: | 6.87% | Total Value Assessed: | $108,519 in 2012 |
| | | Improved Value Assessed | $92,452 |
| | | Land Value Assessed: | $16,067 |
| | | Land Assessed/AC: | $200,336 |
| No. of Tenants: | 1 | | |
| Tenants at time of sale: | **Socca** | | |
| Parcel No: | **14-20-420-053-0000** | | |

Copyrighted report licensed to Chicago Real Estate Resources - 525459.

**3301 N Clark St** — SOLD

7 Unit, 9,500 SF Class C Apartments Building Built in 1896 (con't)

| | |
|---|---|
| Sale History: | Sold for $2,562,500 ($269.74/SF; $366,071/Unit) on 8/27/2014 |
| | Sold for $1,075,000 ($113.16/SF; $268,750/Unit) on 3/31/2004 |
| | Sold for $672,500 ($70.79/SF; $168,125/Unit) on 7/3/1996 |

# Units: 7
Avg Unit Size: 1,357 SF
Price/Unit: $366,071

### UNIT MIX AT TIME OF SALE

| | Units | | | | Asking Rent | | | | Effective Rent | | | | Concessions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bed/Bath | # | % | Avg SF | Vacant | Min/Unit | Max/Unit | Min/SF | Max/SF | Min/Unit | Max/Unit | Min/SF | Max/SF | % |
| Studio/0.0 | 1 | 14.3 | - | - | - | - | - | - | - | - | - | - | - |
| 1/1.0 | 2 | 28.6 | - | - | - | - | - | - | - | - | - | - | - |
| 2/1.0 | 4 | 57.1 | - | - | - | - | - | - | - | - | - | - | - |

### Transaction Notes

On 8/27/2014, the 9,500 sf multi-family building located at 3301 N Clark St was sold for $2,562,500, or $269.74/sf. The building was constructed in 1896 with zoning code B5-3. The breakdown of the property is six apartments units totaling 5,500 sf, and the remaining 4,000 sf is a restaurant space, all of which were occupied at the time of the sale.

The property had been on the market for about two months with an initial asking price of $2,750,000. The transaction was in escrow approximately 45-60 days. The NOI was determined to be $176,042, leading to a cap rate of 6.87%. The NOI is lower than normal because the rent for the apartments is presently below market value.

The seller had been looking to divest the property to pursue other interests, and the buyer owns other properties in the area. This is believed to be an ideal investment opportunity for the new owner.

The details of this transaction have been verified by a representative of the listing brokers. At the time of this publication, a deed has not been recorded with the assessor's office.

### Current Building Information        ID: 4566808

| | | | |
|---|---|---|---|
| Bldg Type: | Apartments | Bldg Status: | Built in 1896 |
| # Units: | 7 | Bldg Size: | 9,500 SF |
| Avg Unit Size: | 1,357 SF | Stories: | 3 |
| Bldg Vacant: | 0 SF | Typical Floor Size: | 3,494 SF |
| Owner Type: | Individual | Rent/SF/Yr: | - |
| Zoning: | B5-3, Chicago | Elevators: | 0 |
| Land Area: | 0.08 AC | | |

| | | | |
|---|---|---|---|
| Property Mix: | General Retail | | (42.1%) |
| | Multi-Family | 5,500 SF | (57.9%) |
| Expenses: | 2012 Tax @ $2886.73/Unit, 2013 Est Tax @ $2922.72/Unit | | |

### Location Information

| | |
|---|---|
| Metro Market: | Chicago |
| Submarket: | North Lakefront MF/Lakeview MF |
| County: | Cook |
| CBSA: | Chicago-Joliet-Naperville, IL-IN-WI |
| CSA: | Chicago-Naperville-Michigan City, IL-IN-WI |
| DMA: | Chicago, IL-IN |
| Map(Page): | Rand McNally 45-1W4N |

| 3301 N Clark St | | SOLD |
|---|---|---|
| 7 Unit, 9,500 SF Class C Apartments Building Built in 1896 (con't) | | |
| Parcel Number: | 14-20-420-053-0000 | |
| Legal Description: | Por lots 9, 10 blk 2 Buckingham's Subdiv por E2 SE4 sec 20 T40N R14E & easement | |
| County: | Cook | |

Plat Map: 3301 N Clark St



| 2 | **3355 N Clark St** | **SOLD** |
|---|---|---|
| | Chicago, IL 60657 | |
| | Sale on 8/27/2014 for $4,675,000 ($278.27/SF; $584,375/Unit) - Research Complete | |
| | 0 Unit, 16,800 SF Class C Apartments Building Built in 1901 | |



### Buyer & Seller Contact Info

| Recorded Buyer: | 3355 Clark LLC | Recorded Seller: | 853 W Fletcher LLC |
|---|---|---|---|
| True Buyer: | Chicago Apartment Place, Inc. | True Seller: | Jab Real Estate |
| Buyer Type: | Developer/Owner-RGNL | Seller Type: | Developer/Owner-RGNL |

### Transaction Details            ID: 3107777

| Sale Date: | 08/27/2014 (26 days on market) | Sale Type: | Investment |
|---|---|---|---|
| Escrow Length: | 30 days | Bldg Type: | Apartments |
| Sale Price: | $4,675,000-Confirmed | Year Built/Age: | Built in 1901 Age: 113 |
| Asking Price: | $4,900,000 | RBA: | 16,800 SF |
| Price/SF: | $278.27 | Land Area: | 0.14 AC (6,299 SF) |
| Price/AC Land Gross: | $32,330,567.08 | | |
| Percent Leased: | 94.0% | | |
| GRM/GIM: | -/- | Percent Improved: | 87.9% |
| Actual Cap Rate: | 5.76% | Total Value Assessed: | $223,976 in 2012 |
| Transfer Tax: | $7,012.50 | Improved Value Assessed | $196,854 |
| | | Land Value Assessed: | $27,122 |
| | | Land Assessed/AC: | $187,565 |
| No. of Tenants: | 3 | | |
| Tenants at time of sale: | Britanic Enterprises, LLC; Central Lakeview Merchants Association; Motiv | | |
| Financing: | $3,506,250.00 from JPMorgan Chase Bank, N.A.:: due in 15 yrs | | |
| Parcel No: | 14-20-419-078-0000 | | |
| Document No: | 1424610097 | | |

**3355 N Clark St** — SOLD

0 Unit, 16,800 SF Class C Apartments Building Built in 1901 (con't)

| | |
|---|---|
| Sale History: | Sold for $4,675,000 ($278.27/SF; $584,375/Unit) on 8/27/2014 |
| | Sold for $3,050,000 ($181.55/SF; $381,250/Unit) on 9/19/2011 |
| # Units: | 0 |
| Avg Unit Size: | 2,100 SF |
| Price/Unit: | $584,375 |

### Transaction Notes

On 8/27/14, the 16,800 sf multi-family building located at 3355 N Clark St was sold for $4,675,000, or $278.27/sf. The building was constructed in 1901 and contains four stories.

The building is mixed use, consisting of two retail suites, and eight apartment units. The living units are all 3-bed, 2-bath configurations. Approximately 75% of the building is multi-family, and the remaining is retail. Everything was occupied at the time of the sale.

The property had only been on the market for a couple of weeks before it went under contract. The initial asking price had been $4,900,000, and the transaction was in escrow for approximately 30-45 days. The NOI was determined to be $269,061, leading to a cap rate of 5.76%.

The seller had been given an evaluation of their property, and decided that they would be able to achieve strong interest in the property as well a high price. Although the new ownership has not been divulged yet due to confidentiality, it is assumed that this was an ideal investment opportunity, given the high occupancy rate.

The details of this transaction were verified by one of the listing/buyer brokers.

### Current Building Information    ID: 7807547

| | | | |
|---|---|---|---|
| Bldg Type: | Apartments | Bldg Status: | Built in 1901 |
| # Units: | 0 | Bldg Size: | 16,800 SF |
| Avg Unit Size: | 2,100 SF | Stories: | 4 |
| Bldg Vacant: | 0 SF | Typical Floor Size: | 3,154 SF |
| Owner Type: | Developer/Owner-RGNL | Rent/SF/Yr: | - |
| Zoning: | - | Elevators: | 0 |
| Land Area: | 0.14 AC | | |

| | | | |
|---|---|---|---|
| Property Mix: | General Retail | | (25.0%) |
| | Multi-Family | 12,600 SF | (75.0%) |
| Expenses: | 2013 Tax @ $6829.00/Unit | | |
| Site Amenities: | Balcony | | |

### Location Information

| | |
|---|---|
| Metro Market: | Chicago |
| Submarket: | North Lakefront MF/Lakeview MF |
| County: | Cook |
| CBSA: | Chicago-Joliet-Naperville, IL-IN-WI |
| CSA: | Chicago-Naperville-Michigan City, IL-IN-WI |
| DMA: | Chicago, IL-IN |

| 3 | **3342 N Halsted St** | **SOLD** |
|---|---|---|
| | Chicago, IL 60657 | |
| | Sale on 4/7/2015 for $1,700,000 ($166.36/SF) - In Progress | |
| | 10,219 SF Retail Storefront Retail/Residential Building Built in 2001 | |



### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | 3342 N Halsted Chicago Llc | Recorded Seller: | Mrr Special Assets Llc |
| True Buyer: | Vestian Group Inc. | True Seller: | JDI Realty |
| Buyer Type: | Investment Manager | Seller Type: | Developer/Owner-NTL  Developer/Owner-RGNL |

### Transaction Details                                                                ID: 3288487

| | | | |
|---|---|---|---|
| Sale Date: | 04/07/2015 | Sale Type: | - |
| Escrow Length: | - | Bldg Type: | Retail - Storefront Retail/Residential |
| Sale Price: | $1,700,000 | Year Built/Age: | Built in 2001 Age: 14 |
| Asking Price: | - | GLA: | 10,219 SF |
| Price/SF: | $166.36 | Land Area: | 0.07 AC (3,101 SF) |
| Price/AC Land Gross: | $23,876,404.49 | | |
| Percent Leased: | 100.0% | | |
| Tenancy: | Single | Percent Improved: | 87.6% |
| | | Total Value Assessed: | $114,875 in 2013 |
| | | Improved Value Assessed: | $100,615 |
| | | Land Value Assessed: | $14,260 |
| | | Land Assessed/AC: | $200,280 |
| No. of Tenants: | 1 | | |
| Tenants at time of sale: | D'Lee's Nail Spa | | |
| Financing: | Down payment of $1,700,000.00 (100.0%) | | |
| Parcel No: | 14-20-419-064-0000 | | |
| Document No: | 1510535010 | | |

## 3342 N Halsted St — SOLD

10,219 SF Retail Storefront Retail/Residential Building Built in 2001 (con't)

### Current Retail Information
ID: 7778199

| | |
|---|---|
| Property Type: | Retail - Storefront Retail/Residential |
| Center: | - |
| Bldg Status: | Built in 2001 |
| Owner Type: | Investment Manager |
| Zoning: | - |
| Owner Occupied: | No |
| GLA: | 10,219 SF |
| Total Avail: | 0 SF |
| % Leased: | 100.0% |
| Bldg Vacant: | 0 SF |
| Land Area: | 0.07 AC |
| Lot Dimensions: | - |
| Building FAR: | 3.29 |

| | |
|---|---|
| Rent/SF/Yr: | - |
| CAM: | - |
| No. of Stores: | - |

Street Frontage: 32 feet on N Halsted St (with 0 curb cut)

Property Mix:
- General Retail (25.0%)
- Multi-Family 8,709 SF (75.0%)

Expenses: 2013 Tax @ $2.21/sf

### Location Information

| | |
|---|---|
| Metro Market: | Chicago |
| Submarket: | North Chicago/Lincoln Park |
| County: | Cook |
| CBSA: | Chicago-Joliet-Naperville, IL-IN-WI |
| CSA: | Chicago-Naperville-Michigan City, IL-IN-WI |
| DMA: | Chicago, IL-IN |

| 4 | **3441-3443 N Halsted St**<br>Chicago, IL 60657<br>Sale on 11/17/2014 for $3,500,000 ($379.40/SF; $437,500/Unit) - Research Complete<br>0 Unit, 9,225 SF Class C Apartments Building Built in 1901, Renov 2014 | **SOLD** |



### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | JAL Capital Development LLC | Recorded Seller: | MRR Special Assets, LLC |
| True Buyer: | Robert Rosenberg | True Seller: | Laurence H Weiner |
| Buyer Type: | Individual | Seller Type: | Individual |

### Transaction Details    ID: 3175991

| | | | |
|---|---|---|---|
| Sale Date: | 11/17/2014 | Sale Type: | Investment |
| Escrow Length: | 90 days | Bldg Type: | Apartments |
| Sale Price: | $3,500,000-Confirmed | Year Built/Age: | Built in 1901, Renov 2014 Age: 113 |
| Asking Price: | - | RBA: | 9,225 SF |
| Price/SF: | $379.40 | Land Area: | 0.13 AC (5,759 SF) |
| Price/AC Land Gross: | $26,475,037.82 | | |
| Percent Leased: | 100.0% | | |
| GRM/GIM: | -/- | Percent Improved: | 78.2% |
| Actual Cap Rate: | 5.80% | Total Value Assessed: | $115,024 in 2012 |
| Sale Conditions: | 1031 Exchange | Improved Value Assessed: | $89,968 |
| Transfer Tax: | $5,250 | Land Value Assessed: | $25,056 |
| | | Land Assessed/AC: | $189,531 |

| | |
|---|---|
| No. of Tenants: | 1 |
| Tenants at time of sale: | Halsted's Bar and Grill |
| Financing: | $2,100,000.00 from JPMorgan Chase Bank, N.A.:: due in 30 yrs |
| Parcel No: | 14-21-303-006-0000 |

| 3441-3443 N Halsted St | | | SOLD |
|---|---|---|---|
| 0 Unit, 9,225 SF Class C Apartments Building Built in 1901, Renov 2014 (con't) | | | |

| | | | |
|---|---|---|---|
| Document No: | 1434510010 | | |
| Sale History: | Sold for $3,500,000 ($379.40/SF; $437,500/Unit) on 11/17/2014 | | |
| | Sold for $1,600,000 ($173.44/SF; $200,000/Unit) on 6/18/2003 | | |
| | Sold for $690,000 ($74.80/SF; $86,250/Unit) on 1/1/2000 | | |
| | Sold for $985,000 ($106.78/SF; $123,125/Unit) on 10/28/1996 | | |
| # Units: | 0 | Price/Unit: | $437,500 |
| Avg Unit Size: | 1,153 SF | | |

### Transaction Notes

On 11/17/2014, the 9,225 sf mixed-use building located at 3441-3443 N Halsted St was sold for $3,500,000, or $437,500/unit. The building was constructed in 1901 but has been recently renovated. The zoning code is C1-3, and contains three stories. There is one retail space on the ground level, and eight apartment units on the upper floors. All apartments are 2-bed 1-bath configurations and have recently undergone renovations.

The property was not officially listed on the market. The escrow period was approximately 90 days, due to an extension of the porch that was being completed. Financing was involved in the form of a $2.1M JPMorgan Chase Bank loan.

The building was fully occupied at the time of the sale. The cap rate was determined to be 5.80%, which equates to an NOI of $203,000.

The seller was looking to divest the property because he had initially purchased the property as a note purchase and felt the time was right to cash out. The buyer is purchasing the property as an up-leg in a 1031 exchange, and feel the cash flow will make this an ideal investment opportunity.

### Current Building Information    ID: 4486711

| | | | | |
|---|---|---|---|---|
| Bldg Type: | Apartments | | Bldg Status: | Built in 1901, Renov 2014 |
| # Units: | 0 | | Bldg Size: | 9,225 SF |
| Avg Unit Size: | 1,153 SF | | Stories: | 3 |
| Bldg Vacant: | 0 SF | | Typical Floor Size: | 3,075 SF |
| Owner Type: | Individual | | Rent/SF/Yr: | - |
| Zoning: | C1-3, Chicago | | Elevators: | 0 |
| Land Area: | 0.13 AC | | | |

| | | | | |
|---|---|---|---|---|
| Property Mix: | Multi-Family | 6,181 SF | (67.0%) | |
| Expenses: | 2013 Tax @ $1989.58/Unit | | | |

### Location Information

| | |
|---|---|
| Metro Market: | Chicago |
| Submarket: | North Lakefront MF/Lakeview MF |
| County: | Cook |
| CBSA: | Chicago-Joliet-Naperville, IL-IN-WI |
| CSA: | Chicago-Naperville-Michigan City, IL-IN-WI |
| DMA: | Chicago, IL-IN |
| Map(Page): | Rand McNally 45-0W4N |

| 3441-3443 N Halsted St | SOLD |
|---|---|
| 0 Unit, 9,225 SF Class C Apartments Building Built in 1901, Renov 2014 (con't) | |

Parcel Number: **14-21-303-006-0000**
Legal Description: **Por blk 14 Hundley's Subdiv sec 21 T40N R14E**
County: **Cook**

Plat Map: 3441-3443 N Halsted St



**BROKER'S OPINION OF VALUE**

Based upon the aforementioned, it is my opinion that the value of the 3339-41 N. Halsted property is between $2.5 -2.6 million.

**Important and relevant Broker notes relating to valuation:**

The Current Market Analysis of the 3339-41 N. Halsted property that I have prepared is based on actual rents, except for rents for the commercial tenant, Mini Bar LLC, which has been paying above-market rents (in excess of $51 per square foot) for both of the commercial units. The Mini Bar LLC lease expires in October, 2015. In August 2014, the Receiver for the subject property sought and obtained approval to enter into a lease extension with Mini Bar LLC at a new rate of $40 per square foot. For purpose of my Analysis, therefore, I utilized the new $40 per square foot rental rate. If the new lease (with reduced rent) is not executed, Mini Bar LLC is expected to vacate the property, thereby reducing the property value below the $2.5-$2.6 million value that I ascribed to it.

Even assuming a new tenant could be found to replace Mini Bar LLC, I would expect a new tenant to pay less than the $40 per square foot that Mini Bar is offering to pay as part of the approved lease extension. Indeed, the commercial space in the "sister building" next door was leased in the past 18 months for approximately $37 per square foot. The sister building is a preferred property because it is on the corner and houses a large outdoor cafe' for increased business during the warmer months. As such, new tenant would likely pay $37 per square foot or less, thereby reducing the reducing its value below $2.5-$2.6 million.

The comparable sales that I use to corroborate my valuation are from both the most proximate in time (each within the past 12 months) and location (each within blocks of the subject property).

I have reviewed the "Opinion of Value" prepared by David Schraufnagel of Garrett Realty. Mr. Schraufnagel's opinion of value of $3,000,000-$3,150,000 is substantially overstated. First, Mr. Schraufnagel's opinion of value is based on the flawed assumption that the commercial tenant will continue to pay rent at a rate of more than $51 per square foot, without regard to the new lease approved by the Court and the current market rental rate. Second, Mr. Schraufnagel's opinion of value is not based on actual rental rates for residential units (one unit is vacant), but instead he speculates that the units could be rented at substantially higher rates derived from other Lakeview apartments. It is not clear whether he inspected the residential units, but they are atypical in many respects, and not remotely "comparable" to the Lakeview apartments on which Mr. Schraufnagel relies for his $2,700 per month rental value.

Correcting Mr. Schraufnagel's calculation simply to account for the new lease rate for the commercial units and the actual rates for the residential units would yield a value that is even less than the $2.5-$2.6 million value that I ascribed to the property.

*[signature]* — 5/11/2015