**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLACKAMG, LLC | ) | Case No.      14-32758 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**REPLY IS SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE**

BLACKAMG, L.L.C. ("BLACKAMG" or the "Debtor"), pursuant to 11 U.S.C. §1112(b), in support of its motion to dismiss the above-captioned chapter 11 case ("Motion"), states as follows:

1.     The Debtor's joins in the reply filed by OUT Chicago, LLC ("OUT Chicago") in support of the Motion and adopts OUT Chicago's points and arguments as if fully set forth herein.

2.     In addition, the Debtor makes the following three points in reply:

a.) in its response in opposition to the Motion, Northbrook Loans, LLC ("Northbrook") makes much of the supposed opposition of another creditor – HT Properties, Inc. ("HT") – to dismissal.  To the extent HT opposed dismissal, it has now changed its position and supports dismissal.  See the letter from HT attached hereto as <u>Exhibit A</u>;

b.) it is the Debtor's understanding that Northbrook is asserting a claim against the Debtor's estate in the approximate amount of $2.8 million - $2.4 million secured and almost $400,000 unsecured.  See the e-mail from Northbrook's counsel attached hereto as <u>Exhibit B</u>.  In its memorandum in opposition to the Motion, Northbrook represents its claim to be $2.4 million.  Thus, if Northbook's claim is really $2.8

million, Northbrook's calculation, contained in its objection, of what may be available for distribution to other creditors is illusory; and

c.) if the Court is not inclined to exercise its discretion and dismiss based on the papers submitted, it should set the Motion for an evidentiary hearing at a date to be determined.  There are various factual issues raised in the Motions and papers filed in opposition and support (*e.g.*, the validity, priority and amount of the claims against the Debtor's estate; the value of the real estate owned by the Debtor; and the motivations and intentions of the various parties involved).  The Debtor would request it be allowed to issue a subpoena to Northbrook seeking, at a minimum, the items listed on the subpoena rider attached as <u>Exhibit C</u>.

WHEREFORE, the Debtor respectfully requests that the Court enter an order dismissing this chapter 11 case and granting such other and further relief as this Court deems just and appropriate.

Dated:  May 19, 2015                                    Respectfully Submitted,

                                                        **BLACKAMG, L.L.C.,**


                                                        By:____/s/ Brian M. Graham_____
                                                              One of its Attorneys

Brian M. Graham (ARDC # 6243015)
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net