5/19/2015 (5136 unread) - bmgrahampack@sbcglobal.net - att.net Mail



Kevin Jackson (14)

**Ray Ostler** — Aug 6, 2014
To bmgrahampack@sbcglobal.net

Brian,

These are the figures from Northbrook Loans:

**BlackAMG and E55 Balance Calculation as of 7/31/2014 - DRAFT**
Black AMG Principal 1,885,500
Black AMG Interest 755,035
Black AMG 2011 Receiver Cash Exchanged (722)
Black AMG 2012 Receiver Cash Exchanged 63,568
Black AMG 2013 Receiver Cash Exchanged -
Black AMG 2014 Receiver Cash Exchanged (300,025)
BlackAMG Expenses 28,527
**BlackAMG Total 2,431,884**

E55 Principal 247,188
E55 Interest 68,492
E55 2011 Income (285)
E55 2012 Income (Partial Year) (12,795)
E55 Expenses 12,343
**E55 Subtotal 314,943**
Other Legal Fees & Expenses 50,000
**Total E55: 2,796,827**

The debt owed by E55 is unsecured as the property was sold at a foreclosure sale in 2012.

Kevin Jackson has his own unsecured line of credit in the original principal amount of $125,000.

Let me know if you need anything else.

Ray

> Show original message