May 13, 2015

To whom it may concern,

After having reviewed this matter I have decided to change my position with respect to the bankruptcy proceedings. For whatever effect it has, I have decided to retract my former support for maintaining this matter in bankruptcy. The portion of the statement delivered to Ray Ostler–Northbrook Loan's attorney wherein I approve support for keeping this matter in bankruptcy and signed by my attorney Jeffrey Garbutt of Chepov & Scott, LLC., at my direction is no longer in force or effect. I now desire that the bankruptcy matter be dismissed pursuant to the request from Robert Griffin–attorney for debtor Kevin Jackon/Blackamg.

Zdzislaw Puzuk

CEO HT Properties Inc.

Subscribed and sworn before me  5-4     , 2015.

Notary.

CC. Robert Griffin

JEFFREY A GARBUTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 26, 2018