## SUBPOENA RIDER

1.      All documents provided to David Schruafnagel and/or Garrett Realty & Development, Inc. (hereinafter, collectively "Garrett") in connection with his/its engagement to provide an opinion of value of the property commonly known as 3339-41 N. Halsted Street, Chicago, IL (the "Property").

2.      All documents that refer to, relate to, evidence, reflect or constitute communications with Garrett regarding the Property.

3.      Any and all appraisals or valuations of the Property requested, prepared or received by Northbrook Loans, LLC, including any of its current and former member, manager, agent, attorney or representative thereof (hereinafter, collectively "Northbrook").

4.      All documents that refer to, relate to, evidence, reflect or constitute communications between Northbrook, on the one hand, and Eric Janssen in his capacity as Receiver of the Property (hereinafter, "Janssen") on the other hand, regarding an appraisal or valuation of the Property.

5.      All documents that refer to, relate to, evidence, reflect or constitute communications between Northbrook, on the one hand, and Janssen on the other hand, regarding a lease or lease extension with Mini Bar, Inc., a current tenant on the Property.

6.       All documents that refer to, relate to, evidence, reflect or constitute communications between Northbrook, on the one hand, and Mini Bar, Inc., on the other hand, regarding a lease or lease extension to occupy one or more units on the Property.

7.      All documents that refer to, relate to, evidence, reflect or constitute a lease extension with Mini Bar, Inc., to occupy one or more units on the Property, whether draft or final, signed or unsigned.