# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLACKAMG, L.L.C. | ) | Case Nos.   14-32758 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Tuesday, May 26, 2015, at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Janet S. Baer or any judge sitting in her stead in Room 615 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the above-captioned Debtor's **MOTION TO FILE REPLY INSTANTER**, at which time and place you may appear if you so see fit.

Dated:  May 19, 2015               Respectfully Submitted,

                                   **BLACKAMG, L.L.C.,**


                                   By:    /s/ Brian M. Graham
                                          One of its Attorneys

Brian M. Graham (ARDC # 6243015 )
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net

00641690v1

## **CERTIFICATE OF SERVICE**

        The undersigned, an attorney, hereby certifies that on May 19, 2015, he served the foregoing NOTICE OF MOTION along with the Debtor's MOTION TO FILE REPLY INSTANTER on the persons listed on the attached service list via electronic mail and through the Court's ECF notification system.

                                                /s/ Brian M. Graham

                                                Brian M. Graham
                                                7634 Lakeside Drive
                                                Frankfort, IL 60423
                                                312-909-3322
                                                bmgrahampack@sbcglobal.net

## SERVICE LIST

Raymond J. Ostler,
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle Street, Suite 1410
Chicago, Illinois 60604
E-mail: rostler@gsgolaw.com

George J. Spathis
Horwood Marcus & Berk Chartered
500 West Madison, Suite 3700
Chicago IL 60661
E-mail: gspathis@hmblaw.com

Denise DeLaurent
Office of the United States Trustee
219 S. Dearborn Street
Chicago, Illinois 60604
E-mail: Denise.DeLaurent@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLACKAMG, LLC | ) | Case No.    14-32758 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## MOTION TO FILE REPLY INSTANTER

BLACKAMG, L.L.C. ("BLACKAMG" or the "Debtor") hereby moves this Court for the entry of an order allowing it to file a reply in support of its previously filed motion to dismiss ("Motion to Dismiss"). In support of this Motion, the Debtor states as follows:

1. The Court had set May 15, 2015 as the date by which replies to the Motion to Dismiss were to be filed.

2. The Debtor did not file a reply by May 15, 2015 and intended to rely on replies filed by other parties in arguing its Motion to Dismiss.

3. The Debtor now has filed a short reply of its own, primarily to bring to the Court's attention a letter sent by a creditor related to its support for the Motion to Dismiss (a change in its position previously represented to the Court). That letter was not received by the Debtor until May 22, 2015, after the deadline which had been set for replies.

4. Thus, the Debtor asks to be allowed to file, and for the Court to consider, the reply filed by the Debtor, identified on the docket for this case as item # 60.

00641690v1

4

WHEREFORE, the Debtor respectfully requests that the Court enter an order allowing the filing of the reply and granting such other and further relief as this Court deems just and appropriate.

Dated:  May 19, 2015                              Respectfully Submitted,

**BLACKAMG, L.L.C.,**


By:___/s/ Brian M. Graham_____
One of its Attorneys

Brian M. Graham (ARDC # 6243015)
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net