**United States Bankruptcy Court**

NORTHERN DISTRICT OF ILLINOIS

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  |  |
|---|---|
|  | Date _____ |
| Thomas G. Bruton<br>United States District Court<br>Northern District of Illinois<br>219 S. Dearborn Street<br>Chicago, Illinois 60604 | Case Number _____ |
|  | Case Name _____ |
|  | Notice of Appeal Filed _____ |
|  | Appellant _____ |
|  | District Court Number _____ |
|  | District Court Judge _____ |

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal.  The Record on Appeal consist of:

☐ Designation and Statement of Issues          ☐ Exhibits

☐ Transmittal Letter                                         ☐ Transcript(s)

☐ Copy of Docket Sheet

Additional Items Included

☐  _____

_____

☐  Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐  _____

_____

Previous D C Judge _____          Case Number _____

By Deputy Clerk _____

Rev 03/2015bb