# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Northbrook Loans LLC , <br><br>Plaintiff(s), <br><br>v. <br><br>Blackamg, L.L.C., <br><br>Defendant(s). | Case No.  15 C 5222 <br>Judge Elaine E. Bucklo |

## ORDER

The judgment of the Bankruptcy Court is AFFIRMED.  Enter Memorandum Opinion and Order.  All pending dates and motions are terminated as moot.


Date:  11/13/2015              /S/ Honorable Elaine E. Bucklo
                               United States District Judge